Michelle R. Ghidotti-Gonsalves, Esq. (36337)     The Honorable Marc Barreca
Kristin A. Zilberstein, Esq. (47798)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807
Tel: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorneys for Creditor
Loandepot.com LLC D/B/A Imortgage

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In Re:<br><br>Jodi Lanell Echavarria,<br><br>    Debtor. | Case No.: 17-11220-MLB<br><br>CHAPTER 7<br><br>**DECLARATION** |

KRISTIN A. ZILBERSTEIN, under penalty of perjury, declares as follows:

My office filed and served the Motion for Relief from the Stay, Notice of Motion for Relief from Stay, Decalration of Corletta Black in Support of Motion for Relief from Stay by Movant LoanDepot.com, LLC d/b/a imorgage (Exhbits 1, 2 & 3); and Proposed Order on Motion for Relief from Stay via ECF Notice to the U.S. Trustee, and U.S. Mail to Debtor, Jodi Lanell Echavarria, Chapter 7 Trustee, Virginia A. Burdette, and Debtor's Counsel, Andrew M. Gebelt.  More than seven days have passed since the foregoing documents were srved, and no objections have been made to the Motion for Relief from Stay.

DECLARATION– Page 1                                                                                The Law Offices of Michelle Ghidotti
                                                                                                       5120 E. La Palma Ave., Suite 206
                                                                                                               Anaheim Hills, CA 92807
                                                                                                                           Tele: 949-354-2601

On April 20, 2017, Michelle Ghidotti- Gonsalves filed originals of the above-described documents with the Bankruptcy Court via ECF, with service on the appropriate parties as noted above.

Dated this 25th day of July 2017, at Anaheim Hills, CA.

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, WSBA 47798

DECLARATION– Page 2

The Law Offices of Michelle Ghidotti
5120 E. La Palma Ave., Suite 206
Anaheim Hills, CA 92807
Tele: 949-354-2601

Michelle R. Ghidotti-Gonsalves, Esq. (36337)
Kristin A. Zilberstein, Esq. (47798)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. LaPalma Ave., Suite 206
Anaheim, CA 92807
Ph: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorney for Creditor
Loandepot.com LLC d/b/a Imortgage

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 17-11220-MLB |
| Jodi Lanell Echavarria, | CHAPTER 7 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On July 26, 2017 I served the following documents described as:

- **DECLARATION**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Jodi Lanell Echavarria<br>12402 Admiralty Way #D-304<br>Everett, WA 98204 | Virginia A Burdette<br>5506 6th Ave S #207<br>Seattle, WA 98108 |
| **Debtor's Counsel**<br>Andrew M Gebelt<br>Law Office of Andrew Gebelt<br>6134 NE 203rd St<br>Kenmore, WA 98028 | **U.S. Trustee**<br>United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101 |

\_xx\_\_\_(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

\_\_xx\_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 26, 2017 at Anaheim, California

/*s / Jeremy Romero*
Jeremy Romero

2
CERTIFICATE OF SERVICE