| | |
|---|---|
| 1 | The Honorable Mary Jo Heston |
| 2 | Chapter 13 |
| | Hearing Location: 1717 Pacific Avenue, Tacoma, WA 98402 |
| 3 | Courtroom H |
| 4 | Hearing Date: December 6, 2018 |
| | Hearing Time: 1:00 p.m. |
| 5 | Response Date: November 29, 2018 |

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

In Re: ) Case No.: 18-43364-MJH
)
James Michael Greiner, ) CHAPTER 13
)
Debtors. ) **FCI LENDER SERVICES ("LOAN SERVICER") SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
)

NOTICE OF HEARING

PLEASE TAKE NOTICE THAT FCI LENDER SERVICES ("Loan Servicer") SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V, ITS SUCCESSORS AND/OR ASSIGNEES ("Creditor")'S motion seeking Relief form the Automatic Stay (the "Motion") is SET FOR HEARING AS FOLLOWS:

////

Notice of Motion– Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010

Judge: Mary Jo Heston              Time: 9:30 AM

Place: 1717 Pacific Avenue        Date: December 6, 2018

    Tacoma, WA 9840

    Courtroom H

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is November 29, 2018. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: October 25, 2018         Respectfully Submitted,

                                          THE LAW OFFICES OF MICHELLE GHIDOTTI

                                          /s/ Kristin A. Zilberstein
                                          Kristin A. Zilberstein, Esq. WSBA #47798
                                          Counsel for Wilmington Savings Fund Society, FSB,
                                          d/b/a Christiana Trust as Owner Trustee of the Residential
                                          Credit Opportunities Trust V

Notice of Motion– Page 2                                           The Law Offices of Michelle Ghidotti
                                                                       1920 Old Tustin Avenue
                                                                       Santa Ana, CA 92705
                                                                       Tele: 949-427-2010

Case 18-43364-MJH    Doc 16    Filed 10/30/18    Ent. 10/30/18 15:18:58    Pg. 2 of 2