Law Offices of Travis A. Gagnier, Inc. P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Judge Mary Jo Heston
CHAPTER 13
Hearing Date: December 6, 2018
Hearing Time: 1:00 p.m.
Response Date: November 29, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

GREINER, James Michael,

  Debtor.

No. 18-43364

DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY BY WILMINGTON SAVINGS and PROOF OF SERVICE

  COMES NOW, the Debtor, by and through his attorney, Travis A. Gagnier, and responds to the Motion for Relief from Stay by Wilmington Savings (hereafter "Creditor").

  Debtor filed a plan which provides regular monthly payments to the Creditor. Debtor is making the plan payments through a wage order. Debtor has in good faith set up payments through tfs online payment service to ensure that payments are made each week until the wage order takes place. Payments are being made. Debtor very much wants to save his home. The Debtor requested until December 31, 2020, so that he would have time to increase his income in order to qualify for a loan modification.

  Creditor is no worse off under the proposed plan. It will receive monthly, contract payments through December 31, 2020. It will also receive some money on the arrears. If the debtor is not successful with a loan modification, Debtor will work to refinance and/or list the property for sale. Worst case, Creditor gets monthly house payments up until if later forecloses on the property. Debtor is buying the time he is requesting to save his home through December 31, 2020. There is no basis to lift the stay due to the monthly payments. Debtor is not modifying the terms of the underlying mortgage through the plan.

  In order to assuage the concerns of Creditor, Debtor will agree to a "drop-dead" or strict compliance order through December 31, 2020, for his plan payment. For these reasons

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 1

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com

the debtor asks that the motion for relief be denied and the debtor be allowed to continue with his plan.

Respectfully submitted this 31st day of October 2018.

/s/ Travis A. Gagnier
Travis A. Gagnier, #26379
Attorney for Debtor

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Tacoma and served a true copy thereof to:

| | |
|---|---|
| Michael G. Malaier | Wilmington Savings |
| Chapter 13 Trustee | c/o The Law Offices of Michelle Ghidotti |

via ECF, and to:

Debtor

via U.S. first-class mail, postage pre-paid, on the 6th day of November 2018.

/s/ Jennifer Roberts
Jennifer Roberts
Sr. Paralegal

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 2

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com