**Submitted But Not Entered.**

The Honorable Brian D. Lynch
Chapter 7
Hearing Location: 1717 Pacific Avenue,
Suite 2100, Tacoma WA 98402,
Courtroom I
Hearing Date: 3/7/2018
Hearing Time: 9:00 AM
Response Date: 2/28/2018

Brian D. Lynch
U.S. Bankruptcy Judge

This order does not comply with Local Rules W.D. Wash. LBR 9021-1(d). Specifically, the rules require the top four inches of the order be left blank (begin text on line 8).

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-44482-BDL |
| | ) | |
| Colleen Marie Brisbin., | ) | CHAPTER 7 |
| , | ) | |
| | ) | **ORDER TERMINATING THE** |
| Debtors. | ) | **AUTOMATIC STAY** |
| | ) | |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by U U.S. Bank Trust N.A., as Trustee of the Igloo Series III, its successors and/or assignees ("CREDITOR") Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERD:

1. This Order affects the real property located at **8714 186th East, Puyallup, WA 98375 (the "Property").**

2. The automatic stay is terminated as to Movant. Movant may pursue all remedies under state law in connections with the Property and security interest, and may

Order– Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

3. Movant, at its option, may offer, provide and enter into any potitioal forbearances agreement, loan modification, refinance agreement or other loan workout/;oss mitigation agreement as allowed by state law. Movant may contact Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and selling the Property, and recovering its costs, unless other ordered by this Court.

5. If recorded in compliance with applicable state laws governing notices of intersts or liens in the Property, the Order shall be binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, expect that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of intersts or liens in real property shall accept a cerified copy of this Order for indexing and recording.

///END OF ORDER///

Submitted by:

THE LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq. WSBA #47798
Counsel for U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors and/or assignees

Order– Page 2                                                                              The Law Offices of Michelle Ghidotti
                                                                                                           1920 Old Tustin Ave.
                                                                                                           Santa Ana, CA 92705
                                                                                                           Tele: 949-427-2010