**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>STEVEN JAY CUNNINGHAM,<br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 18-11167-CMA<br><br>ORDER CONTINUING THE TRUSTEE'S MOTION TO DISMISS AND DENYING THE DEBTOR'S MOTION TO CONFIRM AMENDED PLAN |

THIS MATTER came before the Court upon the Chapter 13 Trustee's Motion to Dismiss (ECF No. 17) and the debtor's Motion to Confirm Amended Plan (ECF No. 28). Based on the stipulation of the parties, it is

ORDERED that:

1) Confirmation of the debtor's amended plan (ECF No. 27) is denied;

2) The debtor's Motion to Confirm Amended Plan (ECF No. 28) is denied;

3) By August 3, 2018, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's September 6, 2018 calendar;

4) If the debtor fails to comply with Paragraph No. 3 of this order, the Trustee or HMC Assets, LLC may submit an *ex parte* order dismissing this case; and

5) The Trustee's Motion to Dismiss (ECF No. 17) is continued to the Court's September 6, 2018 calendar.

ORDER - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

**Below is the Order of the Court.**

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124

Stipulated:

/s/ *Justin Mishkin*     [approved by email]
Justin Mishkin, WSBA #38864
Attorney for debtor

Stipulated:

/s/ *Kristin A. Zilberstein*     [approved by email]
Kristin A. Zilberstein, WSBA #47798
Attorney for HMC Assets, LLC

ORDER - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282