UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re | No. 13-46104 |
| DUBOIS, MARK L. and DONNA E., | ORDER GRANTING *EX PARTE* APPLICATION TO EMPLOY OF COUNSEL, INC., P.S. AS SPECIAL COUNSEL FOR DEBTORS-IN-POSSESSION |
| Debtors-in-Possession. | |

THIS MATTER came before the Court on the *Ex Parte* Application to Employ Of Counsel, Inc., P.S. brought by Debtors-in-Possession Mark and donna DuBois (hereinafter, "Debtors"), as Special counsel for Debtors and the Court, having considered the application and accompanying Declaration of Attorney, Christopher Constantine in support of the Application finds that Of Counsel, Inc., P.S. and Christopher Constantine are qualified to assist Debtors with their State Court Appeal; that Christopher Constantine and Of Counsel, Inc., P.S. do not hold or represent any interest adverse to the estate, qualifies as a disinterested person within the meaning of the United States Bankruptcy Code; and, that employment of an appellate attorney is necessary to Debtors. NOW, THEREFORE, IT IS HEREBY ORDERED that Debtors' Application for Authority to Employ Of Counsel, Inc., P.S. as Special Counsel for Debtors-in-Possession is GRANTED;

FURTHER, that any payment for post-petition fees must first be approved by order of this Court.

ORDER AUTHORIZING INTERIM
USE OF CASH COLLATERAL – Page 1

**LAW OFFICES OF JOHN A. LONG**
22525 SE 64th Pl ◆ Suite 262
Issaquah, WA 98027-2941
Telephone: (425) 427-9660
Facsimile: (425) 677-8735

/ / / End of Order / / /

Presented by:

JOHN LONG LAW PLLC

By: /s/ *Brett C. Masch* _____
  Brett C. Masch, WSBA No. 43851

ORDER AUTHORIZING INTERIM
USE OF CASH COLLATERAL – Page 2

**LAW OFFICES OF JOHN A. LONG**
22525 SE 64th Pl ◆ Suite 262
Issaquah, WA 98027-2941
Telephone: (425) 427-9660
Facsimile: (425) 677-8735

Case 13-46104-BDL    Doc 81    Filed 03/13/14    Ent. 03/13/14 14:31:01    Pg. 2 of 2