**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7
_____
8
9

UNITED STATES BANKRUPTCY COURT

10

WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

11

12  In Re:                                    )  Case No.: 17-13538-CMA
                                              )
13  Briana Yancey.,                           )  CHAPTER 7
                                              )
14                                            )  ~~[PROPOSED]~~
                                              )  **ORDER TERMINATING THE**
15          Debtors.                          )  **AUTOMATIC STAY**
                                              )
16                                            )
                                              )
17  _____  )

18
19
20          This matter came before the Court on the Motion for Relief from Automatic Stay filed

21  by U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors

22  and/or assignees ("CREDITOR") Based upon the record on file and the representations made to

23  the court, IT IS HEREBY ORDERD:

24          1.  This Order affects the real property located at **7853 S 128th St., Seattle, WA 98178**

25              **(the "Property").**

26          2.  The automatic stay is terminated as to Movant.  Movant may pursue all remedies

27              under state law in connections with the Property and security interest, and may

28
Order– Page 1                                    The Law Offices of Michelle Ghidotti
                                                 1920 Old Tustin Ave.
                                                 Santa Ana, CA 92705
                                                 Tele: 949-427-2010

1  commence or continue any action necessary to obtain complete possession of the

2  Property free and clear of claims of the bankruptcy estate.

3      3. Movant, at its option, may offer, provide and enter into any potentioal forbearances

4         agreement, loan modification, refinance agreement or other loan workout/;oss

5         mitigation agreement as allowed by state law.  Movant may contact Debtors via

6         telephone or written correspondence to offer such an agreement.  Any such

7         agreement shall be non-recourse unless included in a reaffirmation agreement.

8      4. The relief granted herein shall be binding and of full force and effect in any

9         conversion of this case to any other chapter.  A conversion to another chapter does

10         not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and

11         selling the Property, and recovering its costs, unless other ordered by this Court.

12      5. ~~If recorded in compliance with applicable state laws governing notices of intersts~~

13         ~~or liens in the Property, the Order shall be binding and effective under 11 U.S.C.~~

14         ~~§362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the~~

15         ~~Property filed not later than two (2) years after the date of entry of this Order,~~

16         ~~expect that a debtor in a subsequent bankruptcy case may move for relief from this~~

17         ~~Order based upon changed circumstances or for good cause shown, after notice~~

18         ~~and a hearing.  Any federal, state or local governmental unit that accepts notices of~~

19         ~~intersts or liens in real property shall accept a cerified copy of this Order for~~

20         ~~indexing and recording.~~

21                       ///END OF ORDER///

22  Submitted by:

23  THE LAW OFFICES OF MICHELLE GHIDOTTI

24  /s/ Kristin A. Zilberstein

25  Kristin A. Zilberstein, Esq. WSBA #47798

26  Counsel for U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust, its successors and/or assignees

27

28

Order– Page 2

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010