Entered on Docket December 7, 2016

**Below is the Order of the Court.**

*Paul B. Snyder*
_____
**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 15-41415-PBS |
|---|---|
| Magar Edward Magar, | Chapter 11 |
| Debtor. | STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY |

Based upon the Stipulation of Fay Servicing LLC, successor in interest to Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns, ("Creditor"), and Debtor, by and through their respective counsel,

IT IS HEREBY ORDERED, as follows:

1. This Order affects the real property commonly known as: 14102 NE 40th Street, Vancouver, WA 98682 (the "Property").

2. Commencing December 1, 2016, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Creditor, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Payments shall be made directly to Creditor at Fay Servicing LLC, PO Box 88009, Chicago, IL 60680-1009, with reference to the last four digits of the Loan Number 8626, or as otherwise directed.

Stipulated Order on Motion for Relief from Stay - 1
MH #WA-15-114046

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 319-9100

Case 15-41415-MJH    Doc 265    Filed 12/07/16    Ent. 12/07/16 15:11:33    Pg. 1 of 3

4. Debtor shall timely perform all other obligations under Creditor's Note and Deed of Trust as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and paying any and all senior liens, as may be required by the Loan Documents.

5. In the event Debtor fails to timely perform any of the obligations set forth in this Order, Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have fifteen (15) calendar days from the date of the written notification to cure the default, plus pay an additional $100.00 for attorneys' fees.

6. If Debtor fails to timely cure the default, or if Debtor defaults on the obligations set forth herein on more than three (3) occasions, Creditor shall be entitled to file a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further notice or hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Creditor and its successors and/or assigns. Creditor and its successors and/or assigns may proceed with and foreclose on the Property, pursuant to applicable state law. Creditor may commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer if required.

7. If this case is converted to another chapter, or if the automatic stay is terminated as provided herein, or if the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

8. In any plan of reorganization the Debtor shall file, the Debtor shall provide for the cure of any and all accrued contractual defaults on the obligation in a manner and at a time as is consistent with requirements of the Court and Code.

*The remainder of this page is intentionally left blank.*

Stipulated Order on Motion for Relief from Stay - 2
MH #WA-15-114046

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 319-9100

Case 15-41415-MJH    Doc 265    Filed 12/07/16    Ent. 12/07/16 15:11:33    Pg. 2 of 3

9. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

/ / / END OF ORDER / / /

Stipulated and Submitted by:
McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA# 25130
Joseph T. McCormick III, Esq. WSBA# 48883
Attorneys for Creditor

/s/ Timothy J Dack
Timothy J Dack, WSBA #18870
Attorney for Debtor

Stipulated Order on Motion for Relief from Stay - 3
MH #WA-15-114046

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 319-9100

Case 15-41415-MJH    Doc 265    Filed 12/07/16    Ent. 12/07/16 15:11:33    Pg. 3 of 3