**Below is the Order of the Court.**

_Mary Jo Heston_
_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON, TACOMA

| | |
|---|---|
| In re: | ) **CHAPTER 11 BANKRUPTCY** |
| | ) |
| Magar Edward Magar | ) **CASE NO.: 15-41415-MJH** |
| | ) |
| | ) ORDER GRANTING MOTION FOR |
| | ) RELIEF FROM STAY BY U.S. BANK |
| | ) TRUST NATIONAL ASSOCIATION, |
| Debtors. | ) AS TRUSTEE OF THE IGLOO SERIES |
| | ) III TRUST |
| | ) |
| | ) |
| | ) |

This matter came before the Court upon U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, its successors and assigns ("Creditor") motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. An Adequate Protect Order was entered into on December 7, 2016. It appears for the reasons stated in the Declaration Regarding Default Under the Adequte Protection Order that the stay should be lifted as to enforcement of the Deed of Trust that is the subject of Creditor's motion and further as to the property located at 14102 NE 40th St., Vancuver WA 98682 ("Property") and legally described as set forth in the Deed of Trust attached to the declaration on file with the Court and on Exhibit "A" attached hereto.

ORDER GRANTING MOTION
FOR RELIEF FROM STAY – Page 1

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C § 362(d):

1. The automatic stay is terminated as it applies to Movant to allow Movant to immediately proceed with an complete any and all contractual and statutory remedies incident to the security interest held in the Property located at 14102 NE 40th St., Vancuver WA 98682 and legally described as set forth on Exhibit "A", including taking any action necessary to obtain possession of the Property;

2. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived;

3. Movant may offer and provide Debtors with information regarding a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement and to enter into such agreement with Debtors;

4. Thee attorney's fees and costs incurred by Movant for filing the instant Motion be included in the outstanding balance of the Note as allowed under applicable non-bankruptcy law; and

5. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq. WSBA# 47798
Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

ORDER GRANTING MOTION
FOR RELIEF FROM STAY – Page 2

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

Case 15-41415-MJH    Doc 431    Filed 12/04/18    Ent. 12/04/18 09:27:50    Pg. 2 of 3

**EXHIBIT "A"**

Lot 57, CHRIS' CROSSING, according to the plate thereof, recorded in Volume "G" of Plats, page 616, records of Clark County, Washington.

Situate in the County of CLARK, State of WASHINGTON

ORDER GRANTING MOTION
FOR RELIEF FROM STAY – Page 3

The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele: 949-427-2010

Case 15-41415-MJH    Doc 431    Filed 12/04/18    Ent. 12/04/18 09:27:50    Pg. 3 of 3